John Francis Strauss and Another, Copartners, etc., Respondents, v. Pincus

KANTOR and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ATLANTIC FRUIT COMPANY, Appellant, v. THE HAMILTON FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ATLANTIC FRUIT COMPANY, Appellant, v. PACIFIC FIRE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ATLANTIC FRUIT COMPANY, Appellant, v. STUYVESANT INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.